# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSEPH PATRICK BROWN

NO. 2022 KW 0369

**JULY 5, 2022**

---

In Re: Joseph Patrick Brown, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0100-F-2019.

---

**BEFORE: McCLENDON, WELCH, AND HESTER, JJ.**

> **WRIT DENIED.** The proper method to challenge the alleged miscalculation of a sentence is by filing a petition for judicial review in the Nineteenth Judicial District Court. See La. R.S. 15:1177. Following any adverse decision from the district court, relator may file a civil appeal. This court takes judicial cognizance of the fact that all the prior petitions for judicial review that relator references were filed in 2021, prior to the amendment of the Uniform Commitment Order.

PMc
JEW
CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT